# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| KAREN C. REED, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:22-cv-156 |
| v. ) | |
| ) | Judge Atchley |
| ELEANOR REED TODD, *et al.*, ) | |
| ) | Magistrate Judge Poplin |
| ) | |
| *Defendant*. ) | |

## ORDER

On September 26, 2022, United States Magistrate Judge Debra C. Poplin filed a Report and Recommendation ("R&R") [Doc. 20] pursuant to 28 U.S.C. § 636 and the Rules of this Court. Judge Poplin recommended the Joint Motion for Order Allowing Parties to Sell Real Property be granted. [*Id.* at 4]. None of the parties filed an objection to the R&R.[1] However, the Court has nonetheless reviewed the R&R [*Id.*], as well as the record, and agrees with Judge Poplin's conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Judge Poplin's findings of fact and conclusions of law as set forth in the R&R. [Doc. 20]. This action is hereby **GRANTED** and the parties are directed to submit an updated proposed order [Doc. 10-1] with the following additional language: (1) Plaintiff shall serve the order permitting the deposit on the Clerk of Court, *see* E.D. Tenn. L.R. 67.1(a)(1), and (2) the Clerk of Court must deposit the funds into an interest-bearing account and maintain it until the Court provides otherwise, *see* E.D. Tenn. L.R. 67.1(b)(1).

---

[1] Magistrate Judge Poplin advised that the parties had fourteen days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 20 at 3 n.4]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**